UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 11-362 DSF (AJWx) | Date | 12/27/11 |
|---|---|---|---|
| Title | Coach, Inc., et al. v. Fashion Innovations, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Sanctions

    On July 18, 2011, this Court issued its Order re Jury Trial, which, among other things, established deadlines for the preparation and filing of pretrial documents. (Docket no. 23.) The memoranda of contentions of fact and law, witness lists, and the joint exhibit list were required to be filed no later than 21 days before the pretrial conference - or December 19, 2011. (Id. at 4.) Although Plaintiff's counsel apparently sought to coordinate the filing of a joint exhibit list with defense counsel, she received no response. (Docket no. 19.) In addition, sanctions have recently been imposed on the defense for discovery violations. (Docket no. 34.)

    Failure to comply with the Court's orders concerning the preparation of pretrial documents disadvantages both the opposing party and the Court. Defendants are ordered to show cause in writing why they should not be sanctioned in the amount of $ 1,000 for their failure to follow this Court's orders. Defendants are also ordered to show cause why they should not be precluded from calling any witnesses and offering any exhibits at trial.

    Defendants are ordered to submit a memorandum of contentions of fact and law no later than January 2, 2012.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

      Failure to cooperate in the timely filing of a pretrial conference order will result in further sanctions, which may include the striking of the answer to the complaint and the entry of Defendants' default.

IT IS SO ORDERED.