UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-362 DSF (AJWx) | Date | 6/25/12 |
|---|---|---|---|
| Title | Coach, Inc., et al. v. Fashion Innovation, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution; Alternatively, Order Setting Trial Date

    This Court held a pretrial conference on January 9, 2012. The parties waived jury trial. For the reasons stated on the record, the Court vacated the trial date at the request of Plaintiffs' counsel. Plaintiffs filed a motion for partial summary judgment as to Defendants' liability for trademark infringement. (Docket No. 41). On February 23, 2012, Plaintiffs' motion was granted but the Court found that the request for a permanent injunction was premature given that the issue of remedies has not been briefed. (Docket No. 47.)

    Plaintiffs have taken no further action to prosecute this matter. Therefore, Plaintiffs are ordered to show cause in writing no later than July 2 why this action should not be dismissed for failure to prosecute. If Plaintiffs show cause why the matter should not be dismissed, the matter will proceed to trial before the Court on July 11, 2012 at 2:30 p.m.

    IT IS SO ORDERED.