JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FASHION INNOVATION, INC., a California Corporation d/b/a COMELY; CATHERINE LEE, an individual; JAMES LEE, an individual; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. CV 11-362 DSF (AJWx)<br><br>**JUDGMENT** |

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiffs Coach, Inc., and Coach Services, Inc. in the amount of $210,000 against Defendants **Fashion Innovation, Inc. dba Comely**, **Catherine Lee**, and **James Lee** (collectively "Defendants"), jointly and severally.

　　IT IS FURTHER ORDERED that Defendants shall deliver to Plaintiffs all remaining inventory of infringing products in their possession, custody, or control within ten days of this Order.

　　IT IS FURTHER ORDERED that Defendants, their officers, agents, servants and employees and any persons in active concert or participation with them are

1
JUDGMENT

permanently restrained and enjoined from infringing upon the Coach Marks[1], either directly or contributorily, in any manner, including but not limited to:

    (a) Manufacturing, importing, purchasing, distributing, advertising, offering for sale, and/or selling any products which bear marks identical and/or confusingly similar to the Coach Marks;

    (b) Using the Coach Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;

    (c) Passing off, inducing or enabling others to sell or pass off any products or other items that are not Coach's genuine merchandise as genuine Coach merchandise;

    (d) Knowingly leasing space to any tenant engaged in the manufacturing, purchasing, production, distribution, circulation, sale, offering for sale, importation, exportation, advertisement, promotion, display, shipping, marketing of products which bear marks/designs identical, substantially similar, and/or confusingly similar to the Coach Marks;

    (e) Committing any other acts calculated to cause purchasers to believe that Defendants' products are Coach's genuine merchandise unless they are such;

    (f) Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner items falsely bearing the Coach Marks, or any reproduction, counterfeit, copy or colorable imitation thereof; and

    (g) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) to (f) above.

    IT IS FURTHER ORDERED that Plaintiffs are entitled to reasonable attorney's

---

[1] Coach Marks include the marks attached as **EXHIBIT 1**

1  fees pursuant to 15 U.S.C. § 1117(b)(1).  Plaintiffs may submit a motion for fees in
2  compliance with Federal Rule of Civil Procedure 54(d)(2) and this Court's Standing
3  Order.
4       IT IS FURTHER ORDERED that Plaintiffs recover their costs of suit pursuant
5  to a bill of costs filed in accordance with 28 U.S.C. § 1920.

7  DATED:     August 23, 2012     _____
8                                      Dale S. Fischer
                                    United States District Judge

JUDGMENT

# EXHIBIT 1

| Mark | U.S. Registration No(s). | Registration Date |
|---|---|---|
| "COACH" | 751, 493 | 06/25/1963 |
| | 1,071,000 | 08/09/1977 |
| | 2,088,706 | 08/19/1997 |
| | 3,157,972 | 10/17/2006 |
| *Coach est. 1941* | 3,413,536 | 04/15/2008 |
| COACH est.1941 (circular logo) | 3,251,315 | 06/12/2007 |
| COACH LEATHERWARE EST. 1941 (horse and carriage) | 3,441,671 | 06/03/2008 |
| COACH | 2,252,847 | 06/15/1999 |
| | 2,534,429 | 01/29/2002 |
| COACH | 1,309,779 | 12/18/1984 |
| | 2,045,676 | 03/18/1997 |
| | 2,169,808 | 06/30/1998 |
| Signature "C" Logo | 2,592,963 | 07/09/2002 |
| | 2,626,565 | 09/24/2002 |
| | 2,822,318 | 03/16/2004 |
| | 2,832,589 | 04/13/2004 |
| | 2,822,629 | 03/16/2004 |
| | 3,695,290 | 10/13/2009 |
| Coach "Op Art" Mark | 3,696,470 | 10/13/2009 |

|  | 3,012,585 | 11/08/2005 |
|---|---|---|
|  | 3,338,048 | 11/20/2007 |